UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY DIBBLE, et al.,

    Plaintiffs,

Case No. 1:05-cv-201

v.

HON. RICHARD ALAN ENSLEN

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER OF DISMISSAL

A Notice of Impending Dismissal having been sent to plaintiffs on July 28, 2005 and Randy Dibble having failed to execute a verified petition RE: Service of Process advising the Court why this matter should not be dismissed as to his claims against the United States of America, therefore,

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. P. 4(m) Randy Dibble's claims against the United States of America are **DISMISSED**.

Dated in Kalamazoo, MI:                       /s/Richard Alan Enslen
August 15, 2005                                Richard Alan Enslen
                                                  United States District Judge